# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SPILLERS, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE,
Respondents,
and
MADDEN DUDA, A MINOR, BY AND
THROUGH JOVAN DUDA, HIS
NATURAL FATHER AND GUARDIAN,
Real Party in Interest.

No. 71334

FILED

OCT 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting partial summary judgment in a medical malpractice action. Having considered the petition and appendix filed in this matter, we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that this court has the discretion to determine whether to consider a writ petition); *see* NRAP 21(b)(1). In particular, petitioner has an adequate and speedy legal remedy in the form of an appeal from any adverse final

16-32283

judgment. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court,* 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:     Hon. Michelle Leavitt, District Judge
        Fennemore Craig, P.C./Las Vegas
        Eckley M. Keach, Chtd.
        Murdock & Associates, Chtd.
        Eighth District Court Clerk